UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
F.T. MARITIME SERVICES LTD.,

                    Petitioner,                  20 **CIVIL** 2111 (ER)

           -against-                     **JUDGMENT**

LAMBDA SHIPHOLDING LTD.,

                  Respondent.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated April 12, 2021, the Court denies F.T. Maritime's

motion, and the case is closed**.**

**Dated**: New York, New York
       April 13, 2021

                          **RUBY J. KRAJICK**
                          _____
                              **Clerk of Court**

            **BY:**_____
                              **Deputy Clerk**